**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alecia Marie Fick aka Alecia Marie Batezel aka Alecia Marie Katzaman | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-12894  PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
04 Dec 2023, 12:38:34, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 26ed57424075895ee6c524a912ee79d4ea5cc30a2a626df82a1d7133f36a043d