**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN<br><br>Nationstar Mortgage LLC,<br>     Movant<br><br>vs.<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN ,<br>     Debtor | Case No. 23-12894-pmm<br><br>Chapter 13 |

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

Nationstar Mortgage LLC ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 17), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 25, 2023.

2. Movant holds a security interest in the Debtor's real property located at 300 W Ruth Ave, Robesonia, PA 19551 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 2021061038 in Official Records of Berks County, Pennsylvania. Said Mortgage secures a Note in the amount of $175,624.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on October 27, 2023 (Doc 17).

4. The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor are inaccurate. Although Movant has not yet filed its

proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $5,374.36, whereas the Plan proposes to pay only $0.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Movant objects to any plan which proposes to pay it anything less than $5,374.36 as the pre-petition arrearage over the life of the plan.

5. Movant objects to Debtor's proposed Chapter 13 Plan as Part 4(b) does not list amounts to be paid to Movant.

6. Movant objects to any plan which proposes to pay it anything less than $5,374.36 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN | Case No. 23-12894-pmm<br><br>Chapter 13 |
| Nationstar Mortgage LLC,<br><br>    Movant<br><br>vs.<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN ,<br>    Debtor | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

AMY LYNN BENNECOFF GINSBURG, Debtor's Attorney
1012 N. Bethlehem Pike
Suite 103, Box 9
Ambler, PA 19002
efilings@ginsburglawgroup.com


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107

Via First Class Mail:

ALECIA MARIE FICK
300 W. RUTH AVE
ROBESONIA, PA 19551

Date: <u>December 14, 2023</u>

<u>/s/Andrew Spivack</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com