United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-12894-pmm

Alecia Marie Fick                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                          User: admin                                                     Page 1 of 3

Date Rcvd: Feb 02, 2024                                 Form ID: 152                                      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alecia Marie Fick, 300 W. Ruth Ave, Robesonia, PA 19551-1424 |
| cr | + | CWS Investments, Inc., 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |
| cr | + | PA Central Federal Credit Union, 959 E. Park Dr., Harrisburg, PA 17111-2894 |
| 14817784 | + | CWS Investments, Inc, c/o Frost Brown Todd LLP, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 14824343 | + | CWS Investments, Inc., c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLP, 501 Grant Street, Suite 800, Pittsburgh, Pennsylvania 15219-4438 |
| 14817785 | + | CWS Investments, Inc., c/o Madison Management Services LLC, 4600 Kietzke Lane, Ste K-225, Reno, NV 89502-5017 |
| 14839240 | + | CWS Investments, Inc., c/o Madison Management, Jillian Nolan Snider, Esquire, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 14817787 | + | Donald Fedesco, 300 W. Ruth Ave., Robesonia, PA 19551-1424 |
| 14824154 | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg PA 17111-2894 |
| 14817793 | + | PA Central Federal Credit Union, Attn: Bankruptcy, 959 E. Park Drive, Harrisburg, PA 17111-2894 |
| 14824344 | + | PA Central Federal Credit Union., c/o Bret P. Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 14817794 | + | Powerpayllc, Attn: Bankruptcy, 2900 Horizon Drive, King Of Prussia, PA 19406-2651 |
| 14836178 | | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 03 2024 00:19:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 03 2024 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 03 2024 00:19:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14817782 | + | Email/Text: backoffice@affirm.com | Feb 03 2024 00:20:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14818340 | + | Email/Text: bankruptcy@cavps.com | Feb 03 2024 00:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14817783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2024 00:31:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14838166 | | Email/Text: mrdiscen@discover.com | Feb 03 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14817786 | + | Email/Text: mrdiscen@discover.com | Feb 03 2024 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14817788 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Feb 02, 2024 | Form ID: 152 | Total Noticed: 40

| | | | |
|---|---|---|---|
| | | Feb 03 2024 00:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14817789 | + | Email/Text: bankruptcy@greenskycredit.com | |
| | | Feb 03 2024 00:19:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 14847868 | + | Email/Text: Unger@Members1st.org | |
| | | Feb 03 2024 00:19:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14817790 | + | Email/Text: Unger@Members1st.org | |
| | | Feb 03 2024 00:19:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14817791 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
| | | Feb 03 2024 00:19:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14820113 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 03 2024 00:19:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14817792 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 03 2024 00:19:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14843646 | | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 03 2024 00:19:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14836134 | ^ | MEBN | |
| | | Feb 03 2024 00:18:52 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820112 | + | Email/Text: EBN@brockandscott.com | |
| | | Feb 03 2024 00:19:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843868 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 03 2024 00:19:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 14835806 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 03 2024 00:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14817795 | ^ | MEBN | |
| | | Feb 03 2024 00:18:43 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 14817797 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Feb 03 2024 00:19:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14851218 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Feb 03 2024 00:31:23 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14851591 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Feb 03 2024 00:31:13 | Synchrony Bank by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |
| 14817798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 03 2024 00:31:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14817799 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | |
| | | Feb 03 2024 00:31:24 | T Mobile, PO Box 53410, Bellevue, WA 98015-3410 |
| 14817800 | + | Email/Text: documentfiling@lciinc.com | |
| | | Feb 03 2024 00:19:00 | Telecom Self-reported, Atn: Bankruptcy, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14817796 | ##+ | Solar Mosaic Inc, Attn: Bankruptcy, 300 Lakeside Dr, 24th Fl, Oakland, CA 94612-3572 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| AMY LYNN BENNECOFF GINSBURG | |
| | on behalf of Debtor Alecia Marie Fick efilings@ginsburglawgroup.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRET PATRICK SHAFFER | |
| | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com |
| JILLIAN NOLAN SNIDER | |
| | on behalf of Creditor CWS Investments  Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MARK A. CRONIN | |
| | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Alecia Marie Fick

       Debtor(s)

                                          Case No: 23−12894−pmm

                                          Chapter: 13

_____

***NOTICE OF RESCHEDULED HEARING***


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Patricia M. Mayer

, United States Bankruptcy Court 3/14/24 at 10:00 AM , in Zoom. For Zoom link, see the
current, Hearing Calendar for the Judge on the, Court website



                                     For The Court

                                     Timothy B. McGrath
                                     Clerk of Court