Certificate Number: 05781-PAE-DE-038173932

Bankruptcy Case Number: 23-12894



05781-PAE-DE-038173932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2024, at 11:56 o'clock AM PST, Alecia Fick completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 9, 2024              By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President