UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alecia Marie Fick<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-12894-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 2nd day of May, 2024, by first class mail upon those listed below:

Alecia Marie Fick
300 W. Ruth Ave
Robesonia, PA  19551

**Electronically via CM/ECF System Only:**

AMY LYNN BENNECOFF-GINSBURG, ESQUIRE
GINSBURG LAW GROUP, PC
1012 N. BETHLEHEM PIK, STE 103, BOX 9
AMBLER, PA  19002

/s/ *Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee