# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alecia Marie Fick aka Alecia Marie Batezel aka Alecia Marie Katzaman<br>                              Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>                              Movant<br>         vs. | NO. 23-12894 PMM |
| Alecia Marie Fick aka Alecia Marie Batezel aka Alecia Marie Katzaman<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                              Trustee | |

## ORDER

AND NOW, this __11th__ day of __June__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge