**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>Alecia Marie Fick<br><br>Nationstar Mortgage LLC,<br>　　　Movant<br><br>vs.<br><br>Alecia Marie Fick<br>Aka Alecia Marie Batezel<br>Aka Alecia Marie Katzaman ,<br>　　　Debtor | Case No. 23-12894-pmm<br>Chapter 13 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its Objection To Confirmation Of Plan filed on December 14, 2023, Doc # 31.

This 13th day of June, 2024.

　　　　　　　　　　　　　　　　　　　*/s/Andrew Spivack*
　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>Alecia Marie Fick<br><br>Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>Alecia Marie Fick<br>Aka Alecia Marie Batezel<br>Aka Alecia Marie Katzaman,<br>    Debtor | Case No. 23-12894-pmm<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

AMY LYNN BENNECOFF GINSBURG, Debtor's Attorney
1012 N. Bethlehem Pike
Suite 103, Box 9
Ambler, PA 19002
efilings@ginsburglawgroup.com


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107


Via First Class Mail:

Alecia Marie Fick
300 W. Ruth Ave
Robesonia, PA 19551

Date: <u>June 13, 2024</u>

                                                    */s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com