**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ALECIA MARIE FICK,<br><br>     Debtor. | Bankruptcy No. 23-12894-PMM<br><br>Chapter 13 |
| CWS INVESTMENTS, INC.<br><br>     Movant,<br><br>  vs.<br><br>ALECIA MARIE FICK,<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br><br>     Respondents. | |

### CONSENT ORDER RESOLVING THE MOTION FOR RELIEF FROM STAY

AND NOW, this __12th__ day of July, 2024, upon consideration of the Stipulation and Consent Order of Court Resolving the Motion for Relief from Stay (the "Stipulation") entered into by counsel for CWS Investments, Inc. and counsel for the Debtor it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is GRANTED.

_____
Judge Patricia M. Mayer
United States Bankruptcy Court