United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-12894-pmm
Alecia Marie Fick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Jul 15, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alecia Marie Fick, 300 W. Ruth Ave, Robesonia, PA 19551-1424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

**Name                   Email Address**

AMY LYNN BENNECOFF GINSBURG
  on behalf of Debtor Alecia Marie Fick efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com

ANDREW L. SPIVACK
  on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRET PATRICK SHAFFER
  on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com

DENISE ELIZABETH CARLON
  on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

JILLIAN NOLAN SNIDER
  on behalf of Creditor CWS Investments  Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com

MARIO J. HANYON
  on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 15, 2024 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 23-12894-PMM |
| --- | --- |
| ALECIA MARIE FICK, | Chapter 13 |
| Debtor. | |
| CWS INVESTMENTS, INC. | |
| Movant, | |
| vs. | |
| ALECIA MARIE FICK, SCOTT F. WATERMAN, Chapter 13 Trustee, | |
| Respondents. | |

**CONSENT ORDER RESOLVING THE MOTION FOR RELIEF FROM STAY**

AND NOW, this __12th__ day of July, 2024, upon consideration of the Stipulation and Consent Order of Court Resolving the Motion for Relief from Stay (the "Stipulation") entered into by counsel for CWS Investments, Inc. and counsel for the Debtor it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is GRANTED.

_____
Judge Patricia M. Mayer
United States Bankruptcy Court