L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: *Alicia Fick*                :   Chapter *13*
                                    :
Debtor(s)                           :   Bky. No. *23-12894*

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date: *8/22/24*

[name] *Amy L. B. Ginsburg*
Attorney for Debtor(s)

Date: 8/22/2024

[name] *Alicia Fick* (DocuSigned, B23D8782F10D445...)
Debtor

Date:

[name]
Debtor

-19-