United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12894-pmm |
| Alecia Marie Fick | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Aug 22, 2024      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alecia Marie Fick, 300 W. Ruth Ave, Robesonia, PA 19551-1424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 00:36:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name**      **Email Address**

AMY LYNN BENNECOFF GINSBURG
    on behalf of Debtor Alecia Marie Fick efilings@ginsburglawgroup.com ginsburglaw@ecf.courtdrive.com

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRET PATRICK SHAFFER
    on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com kshirk@ssbc-law.com

DENISE ELIZABETH CARLON

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 2

    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor CWS Investments  Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alecia Marie Fick aka Alecia Marie Batezel aka Alecia Marie Katzaman<br>　　　　　　　Debtor | Chapter 13 |
| Nationstar Mortgage LLC<br>　　　　　　　Movant<br>　　v.<br>Alecia Marie Fick aka Alecia Marie Batezel aka Alecia Marie Katzaman<br>　　　　　　　Debtor<br>Scott F. Waterman<br>　　　　　　　Trustee | NO. 23-12894 PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 22nd day of August, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 11, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 300 W. Ruth Avenue, Robesonia, PA 19551 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge.