| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12894-PMM**

| | |
|---|---|
| Alecia Marie Fick | Petition Filed Date: 09/25/2023 |
| 300 W. Ruth Ave | 341 Hearing Date: 01/23/2024 |
| Robesonia  PA    19551 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/12/2023 | $760.00 | 2312894-A. Fic | 12/12/2023 | $200.00 | 2312894-A. Fic | 06/10/2024 | $770.00 | |

**Total Receipts for the Period:  $1,730.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | AMY LYNN BENNECOFF-GINSBURG, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $4,903.90 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $2,002.19 | $0.00 | $0.00 |
| 3 | SERVICE FINANCE COMPANY  LLC<br>»» 003 | Secured Creditors | $3,803.78 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $7,291.70 | $0.00 | $0.00 |
| 5 | CWS INVESTMENTS, INC<br>»» 005 | Mortgage Arrears | $13,851.73 | $0.00 | $0.00 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $5,374.36 | $0.00 | $0.00 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,444.89 | $0.00 | $0.00 |
| 9 | PA CENTRAL FEDERAL CREDIT UNION<br>»» 009 | Unsecured Creditors | $17,214.09 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 06P | Secured Creditors | $5,235.68 | $0.00 | $0.00 |
| 11 | CWS INVESTMENTS, INC<br>»» 05P | Secured Creditors | $22,005.40 | $0.00 | $0.00 |

Chapter 13 Case No. 23-12894-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,510.00 | Current Monthly Payment: | $192.24 |
| Paid to Claims: | $0.00 | Arrearages: | ($972.24) |
| Paid to Trustee: | $251.00 | Total Plan Base: | $40,898.00 |
| Funds on Hand: | $2,259.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.