IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN,<br><br>Debtor.<br>CWS INVESTMENTS, INC.<br><br>Movant,<br><br>vs.<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN,<br><br>Debtor,<br><br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br><br>Trustee. | Chapter 13<br><br>Bankruptcy No. 23-12894-PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __3rd__ day of __August__, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 11, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 300 W. Ruth Avenue, Robesonia, PA 19551 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan

5

modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

———————————————————
HONORABLE JUDGE PATRICIA M. MAYER
United States Bankruptcy Court

**Date: September 3, 2024**