United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12894-pmm |
| Alecia Marie Fick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alecia Marie Fick, 300 W. Ruth Ave, Robesonia, PA 19551-1424 |
| cr | + | CWS Investments, Inc., 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 05, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMY LYNN BENNECOFF GINSBURG | on behalf of Debtor Alecia Marie Fick efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRET PATRICK SHAFFER | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor CWS Investments  Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| MARIO J. HANYON | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN,<br><br>Debtor.<br>CWS INVESTMENTS, INC.<br><br>Movant,<br><br>vs.<br><br>ALECIA MARIE FICK AKA ALECIA MARIE BATEZEL AKA ALECIA MARIE KATZAMAN,<br><br>Debtor,<br><br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br><br>Trustee. | Chapter 13<br><br>Bankruptcy No. 23-12894-PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 3rd day of August, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 11, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 300 W. Ruth Avenue, Robesonia, PA 19551 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan

5

modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

_____
HONORABLE JUDGE PATRICIA M. MAYER
United States Bankruptcy Court

**Date: September 3, 2024**