United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                      Case No. 23-12894-pmm
Alecia Marie Fick                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                 User: admin                                Page 1 of 3
Date Rcvd: Sep 19, 2024                      Form ID: pdf900                      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alecia Marie Fick, 300 W. Ruth Ave, Robesonia, PA 19551-1424 |
| cr | + | CWS Investments, Inc., 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |
| cr | + | PA Central Federal Credit Union, 959 E. Park Dr., Harrisburg, PA 17111-2894 |
| 14817784 | + | CWS Investments, Inc, c/o Frost Brown Todd LLP, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 14824343 | + | CWS Investments, Inc., c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLP, 501 Grant Street, Suite 800, Pittsburgh, Pennsylvania 15219-4438 |
| 14839240 | + | CWS Investments, Inc., c/o Madison Management, Jillian Nolan Snider, Esquire, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 14817787 | + | Donald Fedesco, 300 W. Ruth Ave., Robesonia, PA 19551-1424 |
| 14824154 | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg PA 17111-2894 |
| 14817793 | + | PA Central Federal Credit Union, Attn: Bankruptcy, 959 E. Park Drive, Harrisburg, PA 17111-2894 |
| 14824344 | + | PA Central Federal Credit Union., c/o Bret P. Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 19 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14817782 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 00:18:18 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14817785 | ^ | MEBN | Sep 19 2024 23:56:01 | CWS Investments, Inc., c/o Madison Management Services LLC, 4600 Kietzke Lane, Ste K-225, Reno, NV 89502-5017 |
| 14908734 | ^ | MEBN | Sep 19 2024 23:56:00 | CWS Investments, Inc.,, c/o Madison Management, 4600 Kietzke Lane, Ste K-225, Reno, WV 89502-5017 |
| 14818340 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2024 23:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14817783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:10 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14838166 | | Email/Text: mrdiscen@discover.com | | |

Case 23-12894-pmm   Doc 89   Filed 09/21/24   Entered 09/22/24 00:36:21   Desc Imaged
                       Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14817786 | + | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00  Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| | | | Sep 19 2024 23:57:00  Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14817788 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 19 2024 23:58:00  Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14817789 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 19 2024 23:57:00  Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 14910235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00  JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14847868 | + | Email/Text: Unger@Members1st.org | Sep 19 2024 23:58:00  Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14817790 | + | Email/Text: Unger@Members1st.org | Sep 19 2024 23:58:00  Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14817791 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 19 2024 23:58:00  Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14820113 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00  Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14817792 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00  Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14843646 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00  Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14836134 | ^ | MEBN | Sep 19 2024 23:55:33  Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14820112 | + | Email/Text: EBN@brockandscott.com | Sep 19 2024 23:58:00  Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843868 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00  Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 14817794 | + | Email/Text: ac@getpowerpay.com | Sep 19 2024 23:58:00  Powerpayllc, Attn: Bankruptcy, 2900 Horizon Drive, King Of Prussia, PA 19406-2651 |
| 14835806 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00  Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14817795 | ^ | MEBN | Sep 19 2024 23:55:18  Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 14836178 | | Email/Text: bankruptcy@bbandt.com | Sep 19 2024 23:58:00  Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14817797 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 19 2024 23:58:00  Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14851218 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:04  Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14851591 | | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:19:49  Synchrony Bank by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |
| 14817798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:07:05  Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14817799 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 20 2024 00:07:35  T Mobile, PO Box 53410, Bellevue, WA 98015-3410 |
| 14817800 | ^ | MEBN | |

Sep 19 2024 23:55:45    Telecom Self-reported, Attn: Bankruptcy, Po Box 4500, Allen, TX 75013-1311

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14817796 | ##+ | Solar Mosaic Inc, Attn: Bankruptcy, 300 Lakeside Dr, 24th Fl, Oakland, CA 94612-3572 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

**Name**      **Email Address**

AMY LYNN BENNECOFF GINSBURG
     on behalf of Debtor Alecia Marie Fick efilings@ginsburglawgroup.com ginsburglaw@ecf.courtdrive.com

ANDREW L. SPIVACK
     on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRET PATRICK SHAFFER
     on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com kshirk@ssbc-law.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

JILLIAN NOLAN SNIDER
     on behalf of Creditor CWS Investments Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com

MARIO J. HANYON
     on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Alecia Marie Fick<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-12894-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 19, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE